DATE 3/11/16
LOCATION Plano
JUDGE Don D. Bush
DEPUTY CLERK Toya McEwen
COURT REPORTER: Digital Recording
INTERPRETER:
USPO: Fred Forman
BEGIN 10:44am

CASE NUMBER **4:16mj104 DDB**
USA — Camelia Lopez — Assigned / Appeared
VS

KELLI NICOLE DRAKE
Defendant

Frank Henderson — FD
Attorney

---

[x] Initial Appearance on Violation of PRETRIAL Release **WESTERN DISTRICT OF MICHIGAN 1:15cr205 (Southern Division)**
[ ] ______

---

[x] Hearing Held [ ] Hearing Called

[x] Dft sworn [x] Dft is person named in the Petition for Warrant for Violation of Pretrial Release.

[ ] Dft signed Waiver of Rights and Consent to Proceed by Video Conference

[x] Dft appears: [ ] with [x] w/o cnsl [ ] pro se [ ] Cnsl appears on behalf of deft

Appears on: [ ] Violation of Pretrial Release [ ] Violation of Supervised Release

[x] Date of arrest: 3/10/16 or [ ] from other District: (dist & case #)______

[x] Dft [x] advised of charges [ ] advised of maximum penalties [ ] advised of right to remain silent; [x] advised of right to counsel

FILED
MAR 11 2016
Clerk, U.S. District Court
Texas Eastern

[x] Dft first appearance with counsel [ ] CJA [ ] Ret. [x] USPD (DO NOT DOCKET IN MAG. CASE - WITHOUT CONSENT)

Attorney: Frank Henderson, FD - for this hearing.

[x] Dft has retained counsel in Michigan.
Dft advises the Court that he/she [ ] has counsel who is ______ or, [ ] will hire counsel.

[ ] If dft cannot retain counsel, the court is to be advised within ______ days so counsel may be appointed.

[ ] Dft Requests appointed counsel, is sworn & examined re: financial status.

[ ] Financial affidavit executed by dft. The court finds the defendant [ ] able [ ] unable to employ counsel.

[ ] ______ appointed [x] U.S. Pub Defender Frank Henderson appointed

[ ] Preliminary Hearing requested [ ] Defendant waives prelim. hearing

[ ] Identity Hearing requested

[x] Defendant signs Waiver of Rule32.1 hearings

[ ] Defendant waives identity hearing
[ ] Defendant waives preliminary hearing
[ ] Defendant waives identity hearing but requests detention hearing to be held in prosecuting district
[x] Defendant waives all hearings but requests hearings be held in prosecuting district

[ ] Deft. waives detention hearing in ED/TX [ ] Preliminary Hearing set for ______.

[ ] Govt motion for detention [ ] Oral

[ ] Dft bond [ ] set [ ] reset to $______ [ ] cash [ ] surety [ ] 10 % [ ] PR [ ] unsecured

[ ] Bond continued [ ] previous bond $ ______ type ______ [ ] other case No. ______

[ ] Order setting conditions of release [ ] Bond executed, dft released; [ ] Not executed at this time

[x] Dft ordered to answer in prosecuting district [ ] State Charges

[ ] Order of Detention [ ] Temp Detention Pndg Hearing

[x] Dft remanded to USM.

CRIM 92-116 [ ] See reverse/attached for additional proceedings 10:46 am Adjourn