FILED

MAR 11 2016

Clerk, U.S. District Court
Texas Eastern

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | CASE NUMBER 4:16-MJ-00104-DDB |
| | § | |
| v. | § | |
| | § | |
| | § | |
| KELLI NICOLE DRAKE | § | |

**ORDER**

Because the above-named defendant has testified under oath or has otherwise satisfied this court that he (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is appointed to represent this person in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed.

**IT IS SO ORDERED.**

Signed March 11, 2016.

Don D. Bush

DON D. BUSH
UNITED STATES MAGISTRATE JUDGE