IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
MAR 11 2016
Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | CASE NUMBER 4:16-MJ-00104-DDB |
| v. | § | |
| | § | |
| | § | |
| KELLI NICOLE DRAKE | § | |
| | § | |

**WAIVER OF RULE 32.1 HEARING**
**(Violation of Pretrial Trial Release)**

I understand that I have been charged in another district, the Western District of Michigan.

I have been informed of the charges and of my rights to:

(1) Retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) An identity hearing to determine whether I am the person named in the charges;
(3) Production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) A preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise – unless I am indicted – to determine whether there is a probable cause to believe that an offense has been committed;
(5) A hearing on any motion by the government for detention;

I agree to waiver my right(s) to:

Kd ☒ an identity hearing and production of the warrant.

Kd ☒ a preliminary hearing.

Kd ☒ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: March 11, 2016.

Defendant

Signature of defendant's attorney

Frank W. Anderson

Printed name of defendant's attorney